1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   HECTOR GARZA,                          No. 2:16-cv-3019 DB P
12              Petitioner,
13        v.                                ORDER
14   BORDERS,
15              Respondent.
16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued
19   by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United
20   States District Court for the Eastern District of California. See Local Rule 120(d).
21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
22   division of a court may, on the court's own motion, be transferred to the proper division of the
23   court. Therefore, this action will be transferred to the Fresno Division of the court. This court
24   will not rule on petitioner's request to proceed in forma pauperis.
25        Good cause appearing, IT IS HEREBY ORDERED that:
26        1.     This action is transferred to the United States District Court for the Eastern
27               District of California sitting in Fresno; and
28   /////

                                                   1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: January 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;

DB/Inbox/Routine/garz3019.109

2